IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03631-PAB-KMT

GABRIELLA GARITANO, individually and on behalf of all similarly situated persons,

    Plaintiff,

v.

CHICK-FIL-A, INC., a Georgia corporation,

    Defendant.

### DEFENDANT'S NOTICE REGARDING PLAINTIFF'S PROPOSED AMENDED COMPLAINT

Pursuant to the Court's April 16, 2021 Minute Order (ECF 47), Defendant Chick-fil-A, Inc. ("CFA, Inc.") hereby provides notice that CFA, Inc. has consented to Plaintiff Gabriella Garitano's filing of her proposed Amended Complaint (ECF 21). As noted in the Court's April 16, 2021 Minute Order (ECF 47), this representation does not "affect the substantive arguments made by [CFA, Inc.] regarding the whether the class allegations in the Amended Complaint should be stricken."

Respectfully submitted this 19th day of April, 2021.

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Lincoln O. Bisbee*
Lincoln O. Bisbee
101 Park Avenue
New York, New York 100178-0060
Telephone:   1.212.309.6104
Facsimile:    1.212.309.6001
E-mail:  lincoln.bisbee@morganlewis.com

2

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Michelle B. Muhleisen
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO  80222
Telephone:  303.764.6800
Facsimile:   303.831.9246
michelle.muhleisen@ogletree.com

## CERTIFICATE OF SERVICE

I, Lincoln O. Bisbee, hereby certify that a true and correct copy of **DEFENDANT'S NOTICE REGARDING PLAINTIFF'S PROPOSED AMENDED COMPLAINT** was filed with the Clerk of the Court via the CM/ECF system on this 19th day of April, 2021, which system shall serve a true and accurate copy of the same upon counsel for Plaintiff by email:

>Brian D. Gonzales
>BGonzales@ColoradoWageLaw.com

Dated: April 19, 2021                    /s/ Lincoln O. Bisbee
                                         Lincoln O. Bisbee