**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03631-PAB-KMT

GABRIELLA GARITANO, individually and on behalf of all similarly situated persons,

    Plaintiff,

v.

CHICK-FIL-A, INC., a Georgia corporation,

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

WHEREAS Plaintiff Gabriella Garitano ("Garitano") acknowledges and agrees that at all times relevant to this action she was employed solely by R&A Enterprises, Inc., LLC ("R&A"), and that she has never been employed by Defendant Chick-fil-A, Inc. ("CFA, Inc."); and

WHEREAS Garitano acknowledges and agrees that the claims in this action do not meet the prerequisites for class certification under Rule 23 of the Federal Rules of Civil Procedure;

IT IS HEREBY STIPULATED by and between Garitano and CFA, Inc., through the parties' undersigned counsel, that the above-captioned action is dismissed with prejudice against CFA, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

Respectfully submitted this 3rd day of August, 2021.

| | |
|---|---|
| THE LAW OFFICES OF BRIAN D. GONZALES, PLLC | MORGAN, LEWIS & BOCKIUS LLP |
| _/s/ Brian D. Gonzales_<br>Brian D. Gonzales<br>2580 East Harmony Road., Ste 201<br>Fort Collins, Colorado 80528<br>BGonzales@ColoradoWageLaw.com | _Lincoln O, Bisbee_<br>Lincoln O. Bisbee<br>101 Park Avenue<br>New York, New York 100178-0060<br>Telephone:    1.212.309.6104<br>Facsimile:     1.212.309.6001<br>E-mail:  lincoln.bisbee@morganlewis.com |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>Michelle B. Muhleisen<br>2000 South Colorado Boulevard<br>Tower Three, Suite 900<br>Denver, CO  80222<br>Telephone:  303.764.6800<br>Facsimile:   303.831.9246<br>michelle.muhleisen@ogletree.com |